UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Robert Hokanson,<br><br>              Plaintiff,<br>v.<br><br>Pinnacle Financial; and DOES 1-10, inclusive,<br><br>              Defendant. | Civil Action No.: 8:10-cv-01243-AW |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

      Robert Hokanson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 27, 2010

                                                        Respectfully submitted,
                                                        By /s/ Forrest E. Mays_____
                                                        Forrest E. Mays (Bar No. 07510)
                                                        1783 Forest Drive, Suite 109
                                                        Annapolis, MD  21401
                                                         Telephone: (410) 267-6297
                                                        Facsimile: (410) 267-6234
                                                        Email: mayslaw@mac.com

                                                        <u>Of Counsel To</u>
                                                        LEMBERG & ASSOCIATES L.L.C.
                                                        A Connecticut Law Firm
                                                        1100 Summer Street, 3rd Floor
                                                        Stamford, CT 06905
                                                        Telephone: (203) 653-2250
                                                        Facsimile:  (877) 795-3666
                                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 27, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  /s/ Forrest E. Mays

                Forrest E. Mays